| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., | Case No: C 11-713 SBA |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| vs. | Docket 21 |
| OEA INTERNATIONAL, INC., et al., | |
| Defendants. | |

The hearing on Defendants' motion to sever and to transfer, Dkt. 21, scheduled for July 26, 2011 is CONTINUED to September 20, 2011 at 1:00 p.m. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: July 15, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge