1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12
13

| CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation, | Case No.  4:11-cv-0713-YGR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| OEA INTERNATIONAL, INC., a Washington Corporation, | |
| Defendant. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the parties request that the Court vacate the Case Management Conference scheduled for February 9, 2012, the request is GRANTED.

Having considered the parties' Joint Case Management Statement, and with the understanding that the deadlines set forth in the first "Order Setting Initial Case Management Conference and Deadlines" (D.N. 2) were previously cancelled and never satisfied, the Court hereby orders the following initial case management schedule:

| Date* | Event | Governing Rule |
|---|---|---|
| February 6, 2012 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | FRCivP 26(f) & ADR L.R.3-5<br><br>Civil L.R. 16-8(b) & ADR L.R. 3-5(b)<br><br>Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| February 21, 2012 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br><br>Civil L.R. 16-9 |
| February 27, 2012 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) | Civil L.R. 16-10 |

*If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

**IT IS SO ORDERED.**

DATED: February  3,  2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge