JEFFREY A. MILLER (SBN 160602)
millerj@dicksteinshapiro.com
KATIE J.L. SCOTT (SBN 233171)
scottk@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 690-9500
Facsimile: (650) 690-9501

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

HENRY C. BUNSOW (SBN 060707)
hbunsow@dl.com
BRIAN A.E. SMITH (SBN 188147)
baesmith@dl.com
Dewey & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

AARON R. HAND (SBN 245755)
ahand@dl.com
Dewey & LEBOEUF LLP
1950 University Ave., Ste. 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendant
OEA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>OEA INTERNATIONAL, INC., a Washington Corporation,<br><br>      Defendant. | Case No. 4:11-cv-00713-YGR<br><br>**JOINT CASE MANAGEMENT STATEMENT AND** ~~PROPOSED~~ **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br>Date: April 23, 2012<br>Time: 2 p.m.<br>Place: Ronald V. Dellums Federal Building |

The parties jointly state as follows:

In the *Lonestar v. Cadence* proceeding in the Eastern District of Texas, Judge Love referred the parties to mediation with recently retired Judge Folsom. Cadence, Sony Electronics, Lonestar, and OEA International have agreed to participate in a series of telephonic mediation efforts with Judge Folsom, which will likely take place the week of April 23, 2012, the date currently set for the Case Management Conference before this Court.

The parties therefore jointly request that the Case Management Conference currently scheduled for April 23 be vacated and rescheduled at the Court's convenience. The parties will submit a supplemental Case Management Statement regarding settlement issues within seven days of completion of the mediation efforts with Judge Folsom.

DICKSTEIN SHAPIRO LLP

DATED: April 18, 2012   By: *Katie J.L. Scott*
Jeffrey A. Miller (SBN 160602)
millerj@dicksteinshapiro.com
Katie J.L. Scott (SBN 233171)
scottk@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304
Telephone:   (650) 690-9500
Facsimile:    (650) 690-9501

Attorneys for Plaintiff
CADENCE DESIGN SYSTEMS, INC.

DEWEY & LEBOEUF LLP

DATED: April 18, 2012   By: *Brian A.E. Smith*
HENRY C. BUNSOW (SBN 60707)
hbunsow@dl.com
BRIAN A.E. SMITH (SBN 188147)
baesmith@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, California 94104

| | |
|---|---|
| 1 | Telephone: (415) 951-1100<br>Facsimile: (415) 951-1180 |
| 2 | |
| 3 | AARON R. HAND (SBN 245755)<br>ahand@dl.com |
| 4 | DEWEY & LEBOEUF LLP<br>1950 University Avenue, Suite 500 |
| 5 | East Palo Alto, California 94303<br>Telephone: (650) 845-7000 |
| 6 | Facsimile: (650) 845-7333 |
| 7 | Attorneys for Defendant<br>OEA INTERNATIONAL, INC. |

# [~~PROPOSED~~] CASE MANAGEMENT ORDER

Having considered the above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER, the Case Management Conference scheduled for April 23, 2012 is **XCECVGF**, and rescheduled for  May 14, 2012 at 2:00pm  The parties shall submit a supplemental Joint Case Management Statement regarding settlement issues within seven days of completion of the mediation efforts with Judge Folsom.

**IT IS SO ORDERED.**

Dated:  April 19, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE