UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>OEA INTERNATIONAL, INC. *et al.*,<br><br>　　　　Defendant(s). | Case No.: 11-CV-00713 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court understands, based upon the representations of the parties, that the above-captioned case has tentatively settled.

Accordingly, the May 14, 2012 Case Management Conference is hereby **VACATED**.

A Compliance Hearing shall be held on **Friday, June 8, 2012** on the **Court's 9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated. Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**