UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>OEA INTERNATIONAL, INC., a Washington Corporation,<br><br>　　　　　　　　　Defendant. | Case No. 4:11-cv-00713-YGR<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE WITH PREJUDICE** |

It appearing to the satisfaction of this Court that all matters and controversies having been compromised by and between the parties, as evidenced by the signatures of their attorneys on the Joint Motion to Dismiss with Prejudice, filed herein on May 16, 2012; therefore it is hereby

**ORDERED** that all claims asserted by Plaintiff Cadence Design Systems, Inc. be, and the same are hereby, dismissed with prejudice; and

**ORDERED** that each party shall bear its own attorneys' fees and costs and expenses incurred by or on behalf of said party in connection with this action.

Dated: May __22__, 2012

_____
United States District Court Judge